# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Alisa Hayes, | ) |
|     Plaintiffs, | ) |
| | ) |
| V. | ) |
| | )    Case No. 4:11cv00683 CAS |
| | ) |
| Kroger Co. The | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The above-styled case was filed in the Eastern Division of this court, in error, on 4/18/2011 and assigned to the Honorable Charles A. Shaw. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division cause number.

**IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No. 1:11cv00060 SNLJ. The Honorable Stephen N. Limbaugh, Jr. will preside.

Case No. 4:11cv00683 CAS is hereby administratively closed.

Dated this 19th day of April, 2011.

                                              JAMES G. WOODWARD
                                              CLERK OF COURT

                                              By: /s/ Karen Moore
                                              Deputy Clerk

Please refer to Case No. 1:11cv00060 SNLJ in all future matters concerning this case.